NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 268-5601
Facsimile:  (415) 744-0134
Email: Oscar.Gonzalez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALDINE SPEARS,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:20-CV-02140-DJA<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by sixty days, from February 16, 2021 to April 15, 2021.  Defendant shall file the answer on or before April 15, 2021.  If Defendant is unable to produce the certified administrative record necessary to file an answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 17, 2021