AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Geraldine Spears,

            Plaintiff,

v.

Commissioner of Social Security,

           Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02140-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Geraldine Spears be awarded attorney fees and expenses in the amount of five thousand seven hundred eighty-nine dollars and fifty-eight cents ($5,789.58).

2/2/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk